IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**J.T. BLAKNEY**                                                                        **PLAINTIFF**

v.                                                **CAUSE NO. 1:16CV201-LG-RHW**

**CITY OF LONG BEACH, MISSISSIPPI; ADVANCE AUTO;
WALGREEN; WASH N' SAVE LAUNDRY**                  **DEFENDANTS**

### FINAL JUDGMENT

Pursuant to the Order of Dismissal issued this date and incorporated herein by reference,

**IT IS, HEREBY ORDERED AND ADJUDGED** this civil action is **DISMISSED WITH PREJUDICE** as frivolous.

**SO ORDERED AND ADJUDGED** this the 28th day of July, 2017.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE